[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-13652
Non-Argument Calendar

_____

D.C. Docket No. 5:11-cr-00016-RH-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONTERREAL GAINER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(August 9, 2018)

Before MARCUS, MARTIN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Racheal Seaton, appointed counsel for Ronterreal Gainer in this criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gainer's sentence is **AFFIRMED**.